IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE ANTONIO TREJO TREJO, § § Petitioner, § § v. § § WARDEN OF THE ERO EL PASO § EAST MONTANA et al., § § Respondents. § | CAUSE NO. EP-25-CV-401-KC |

### ORDER

On this day, the Court considered the case. On September 19, 2025, Petitioner Jose Antonio Trejo Trejo filed a Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, alleging that he is unlawfully held in immigration custody. On September 22, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Sept. 22, 2025, Order, ECF No. 2. On October 6, Respondents filed a Response, ECF No. 3, arguing that the Court should deny the Petition because "Petitioner is lawfully detained by statute, and his detention comports with the limited due process he is owed as an alien with a reinstated final order of removal." Resp. 7.

Upon due consideration, the Court **ORDERS** that Petitioner shall **FILE** a reply to Respondents' Response **by no later than October 15, 2025**.

**SO ORDERED**.

SIGNED this 8th day of October, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE