IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE ANTONIO TREJO TREJO, § § Petitioner, § § v. § § WARDEN OF THE ERO EL PASO § EAST MONTANA et al., § § Respondents. § | CAUSE NO. EP-25-CV-401-KC |

**ORDER**

On this day, the Court considered the case. On October 24, 2025, the Court granted in part Trejo's Petition for Writ of Habeas Corpus, ECF No. 1, and ordered Respondents to either (1) provide Trejo with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Trejo's continued detention; or (2) release Trejo from custody, under reasonable conditions of supervision. Oct. 24, 2025, Order 22, ECF No. 5. The Court also ordered Respondents to file written notice informing the Court whether Trejo had been released from custody. *Id.*

On November 3, Respondents filed an Advisory to the Court ("Advisory"), ECF No. 6. Respondents state that "Petitioner was released on October 25, 2025, at 10:00 am." *Id.*

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice informing the Court whether any matters remain to be resolved in this case **by no later than November 18, 2025**.

**SO ORDERED**.

**SIGNED this 4th day of November, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE