IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE ANTONIO TREJO TREJO, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-401-KC |
| § | |
| WARDEN OF THE ERO EL PASO § | |
| EAST MONTANA et al., § | |
| § | |
| Respondents. § | |

**ORDER**

On this day, the Court considered the case. On October 24, 2025, the Court granted in part Trejo's Petition for Writ of Habeas Corpus. Oct. 24, 2025, Order 1, 22, ECF No. 5. On November 3, Respondents informed the Court that Trejo was released on October 25. Advisory to Ct., ECF No. 6. Thereafter, the Court ordered the parties to meet and confer and file notice of whether any matters remained to be resolved in the case. Nov. 4, 2025, Order, ECF No. 7. On November 5, Trejo filed a Notice of Voluntary Dismissal, ECF No. 8, confirming that Trejo was released and stating that "his claims are now moot." Therefore, it appears that no matters remain to be resolved in this case.

Accordingly, the Court **ORDERS** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 6th day of November, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE